# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

REMON D PHILLIPS
   Petitioner

v.

               Civil Action No. 1:24-cv-23
              (arising out of 1:22-cr-26)

UNITED STATES OF AMERICA
   Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: <u>Petitioner Remon D Phillips' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED as premature. This action is dismissed without prejudice. The Court DENIES a certificate of Appealability.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Holly A Brady on a Motion to Vacate, Set Aside, or Correct Sentence.

DATE: 1/23/2024        CHANDA J. BERTA, CLERK OF COURT

               by s/A. Highlen_____
               *Signature of Clerk or Deputy Clerk*